Ernesto Avila

United States District Court

vs.

For The District of New Hampshire

Berlin

Case No. 19-cv-104- JL

FILED - USDC-NH
2020 JUN 15 PM 2:52

June 9, 2020

On July 16, 2017 I Ernesto Avila #03076-380 was in Room 211 in upper D Range, special Housing Unit, I was taking a shower around 1:00 p.m. when out of Nowhere, I slip & fall caus~~ing~~ the shower was a non-handicap shower. I am a below/knee amputee. And i have to stand in one leg while showering. I slip & fall hitting the conner of the shower with my right knee. when hitting my right knee, i fall out of the shower causing pain to my groan area, and lower back, i was so mush in pain, i had to stay on the floor for a few mintes. Next to the shower was a table i almost hit, The table with my body i use the table for support to slowly get up and dry myself and i slowly put on my prosithric leg back on. I painfuly worked my way to the door. I the puell the emergency botton that the SHU cells have in side. After i puell the emergency botton a few mintes Later Officer. Mr Pieva shows up and stops at my door, Askin if i had an emergency. I explained what had happened to me in the shower, And i Asked him i he can please Ask medical staff IF they can come over and check up on me. Mr. Pieva, says he well Adivse medical staff About me. I work my way to my bunk, I was in alot of pain i wanted to cry. I don't know how long it pass, But when Mr. Pieva made his next walk thru, thru the Range, i had to scream At him, And Asked him with alot of pain in me, That if he talk to the medical staff. He respond that, he did but that medical staff said that They would come check up on me when pill line was passing. As i take medication

myself, i know they have to see me. Around 6:00pm or 7:00pm when Medical staff Ms. Bosen stop at my door. give me my pills. At the time i was still on my bed and in alot of pain, I painful worked my way to the door. And told Mr. Bosen what happened she said she would be right back. few mintues later she came with the blood pursure machin and cheeks my blood pursure. I show her my knee, how Swollen it is and that it was all red from one side. I then ask Ms. Bosen for a ice pack. She left and i never seen the ice pack. July 17, 2017 around 5:00 pm 6:08am Ms. LaFlame is passing out medication. I adivse her about what happened day before. I told her i was in very bad pain and my body hurt alot. I ask if she can please talk to the Doctor Ms. Pederson and tell her what happened with me. That i Needed her to please see me, cuz i was in a lot of pain and my lower back, groan area, right knee was hurting bad. That same day July 17, 2017 all day i was asking for the "SHU" LT. Mr. Whittely. About 6:00pm nite medication came around, Nurse Mr. Ingersol was passing nite meds I adivse him also of what happened, with the shower, I told him i was hurt, i showed him my brusse knee and he also seen that it was swollen, i ask for a ice pack, He said he would go bring me the ice pack. So he did. He also said that he was going to leave Doctor Ms. Pedersen a e-mail of what he seen. July 18, 2017 morning meds came and Ms. LaFlame, seen i wasn't doing any better, i ask her if she spoken with the Doctor she then tells me that i would have to wait till Friday, till the Doctor Makes her "SHU" rounds

I ask her if she can bring me an ice pack, she said i had to wait for sick call passes and ask them for it. By this time i was very stressful, and haun't had any sleep at all. I was so much in pain and sleepless that i don't even remeber asking for ice pack or even seeing the sick call. On July 18, 2017 around 3:00pm i had ask a staff member "John Doe" conducting his daily round when i ask him if there was a "SHU" LT. in the SHU area, He said "yes" But that he was busy at the time. I ask staff member "John Doe" if there was any handicap cells with a set, shower rails, and that don't have to step over a foot high "lip". I Also told him that i haun't tooken a shower in days, He then said there was "No" Room like that in the "S.H.U". Ms. Bosen came with medichion around 7:00pm. I ask her if there was any Handicap Rooms in the "SHU" and if i could be moved to one of them so i could shower, without fear of sliping falling out. She then said, she was going to look in to it. I Also ask her for a ice pack. She then brought me a ice pack.

July 19, 2017 I asked Nurse Ms. LaFlame About if there was a handicap Room. That i haun't tooken a shower sinces i slip & fall. She told me she was going to see what she could do About the handicap Room. I told her i was feeling very depress and stressful, cuz of the pain and not be able to shower.

July 20, 2017 chife of medical Ms. Elmore was in the S.H.U, So i talk her what happened the day of July 16, 2017 with all the details that i could remember. I also shown her my burise right knee, that she seen that i was in very

bad pain, And that i couldn't wAlk At All. Ms. Elmore said that one of the medical staff was going to come see me. R.N. Ms. Bosen was the one to stop by and All i got was my blood pursure check, And keap sayin that noting was wrong with me. And said that when the Doctor made her S.H.U Appointment that i was going to be called. She seen i couldn't walk or even stand for a minte long.

7-23-17 I was speakin to R.N. Mr. Ingersol About what happened with the Doctor coming to see me, And About if he could pleAse help me with requesting to a handicap Room, with a set, and shower rails, that i must use And a shower that i don't have to step over a foot high "lip". Mr. Ingersol said he was going to check up on it.

7-25-17 After speaking to diffenet officers "John Doe" About tryin to get moved to A handicap Room, Even speak with the SHU LT. LAter that day L.T. Mr Whittely stop by and i ask him to pleAse move me to a handicap Room were i could shower with out having fear to falling out of the shower, "That realy hurt" falling He told me i couldn't be moved to them cells cuz there were inmates in them and that i was doing disciplnary conduct and that he would bring me a chair were i could put it in the shower and set. I told LT. Whittely that, that was better then noting.

7-27-2017 I was told by officer Mr. Warner that i had a Doctors Appointment, I then Ask officer Mr. Warner if i could get a wheel chair so i could see the Doctor Ms. Pedersen. I was

told by Mr. Warner that if i wanted to see the Doctor, that i had to walk, that he wasn't bring a wheel chair. I was in serious bad pain trying to get handcuffe by the door. I Almost fall sideway trying. When coming out of the cell 211 i told Mr. Warner that my groan area, lower back, And right knee was hurting Alot. I also told him it was going to hurt to walk, so it did. He said to lean on him, He would help me with the walk. I also lean against the wall for support. Every step hurt. I had to stop and rest and take a breath cuz every step hurt. I keap tell Mr. Warner that i was hurtin and he then told me if i wanted to see the Doctor i had to walk. I made it were the Frist upper step was, i told him if we could use the elevator, that the step were going to hurt a lot. He said to lean on him, that the stairs were going to be the only way down. Every step hurt alot serious pain. I made it to the bottom step with sweat All over me. Doctor Ms. Pedersen was At the end of the hall just looking At me. She seen how bad i was doing. She gave me some pain medication. When in the office with her i Ask her About A handicap Room. All she said that i was giving a chair and that she couldn't do noting About moving me to a handicap Room.

I had to walk "up" them step again. I was in serious depression and stress, The pain was more then i ever feat.

I believe that Federal offecers show that the responsible defendants acted with deliberate indifference to the plaintiffs health or safety

Here are the names of medical providers and officers knew of my need for medical attention after he was injured but did not provide him with medical attention after he was injured but didnot provide him with medical care.

Sincerly, Ernesto Avila #83076380

INMATE NAME: Avila Ernesto
REGISTER#: 03076-380
UNITED STATES PENITENTIARY, BIG SANDY
PO Box 2068
Inez, KY. 41224

CHARLESTON WV 250

11 JUN 2020 PM 1 L

George H.W. Bush
USA Forever

George H.W. Bush
USA Forever

United States District Court
Office of the Clerk
55 Pleasant St, Room 110
ConCord, New Hampshire
03301

03301-394135